# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-15700-MDC

NAYA RENEE DARBY

1 E WINDERMERE TERRACE

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NAYA RENEE DARBY

    1 E WINDERMERE TERRACE

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 3/11/2019

                                              /S/ William C. Miller
                                              _____
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee