# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NAYA RENEE DARBY ) | |
| ) | CASE NO. : 18-15700-MDC |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| Debtor ) | |

## PRAECIPE TO WITHDRAW OBJECTION TO PROPOSED
## CHAPTER 13 PLAN AND CONFIRMATION THEREOF

TO THE CLERK:

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan filed by Capital One Auto Finance, a division of Capital One, N.A., in the above matter.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for COAF
1333 Race Street
Philadelphia, PA 19107
Attorney No.: 92009
(267) 909-9036

Dated: May 9, 2019