**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    **Darby, Naya Renee**
    **Debtor**                                        : 18-15700

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Exelon Corporation Payroll
PO Box 4647
Chicago, IL 60680**

Re:    **Darby, Naya Renee**
SSN:  xxx-xx-1387

The future earnings of the above named debtor Darby, Naya Renee, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$750.00 for 11 months (Started on September 1, 2018), then as of this August 1, 2019, the payment shall increase to $1351.00 per month for 49 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$750.00 for 11 months (Started on September 1, 2018), then as of this August 1, 2019, the payment shall increase to $1351.00 per month for 49 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:_____*Magdeline D. Coleman*_____
                      JUDGE

May 15, 2019

Exelon Corporation Payroll
PO Box 4647
Chicago, IL 60680

Darby, Naya Renee
1 E Windermere Terrace

Lansdowne, PA 19050

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123