IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
NAYA RENEE DARBY                                    BK. No. 18-15700 MDC
        Debtor
                                        :    Chapter No. 13
FREEDOM MORTGAGE CORPORATION    :
        Movant                                    :
    v.
NAYA RENEE DARBY
        Respondent                              11 U.S.C. §362

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 2nd day of October, 2019, at **PHILADELPHIA**, upon Motion of **FREEDOM MORTGAGE CORPORATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1 EAST WINDERMERE TERRACE, LANSDOWNE, PA 19050 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

                                                        _Magdeline D. Coleman_
                                                        Magdeline D. Coleman
                                                        Chief United States Bankruptcy Judge

WILLIAM C. MILLER, ESQ.,        NAYA RENEE DARBY
(TRUSTEE)                                 1 EAST WINDERMERE TERRACE
P.O. BOX 1229                            LANSDOWNE, PA 19050
PHILADELPHIA, PA 19105

JOHN L. MCCLAIN, ESQUIRE
P.O. BOX 123
NARBERTH, PA 19072-0123

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106