**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Darby, Naya Renee | |
| Debtor | : 18-15700 |

## CERTIFICATE OF SERVICE

    I certify that on <u>January 26, 2020</u> , I served by first class regular U.S. mail, postage prepaid, and/or by electronic means, a copy of Debtor's **Reimposition of Stay as to Property of the Estate** and Order Requiring Answer and Notice of Hearing to consider motion to below listed creditor and trustee.

           <u>"/s/"Mitchell J. Prince</u>
           John L. McClain, Esquire
           Mitchell J. Prince, Esquire
           Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**FREEDOM MORTGAGE CORPORATION**
Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Email: jerome.blank@phelanhallinan.com

Darby, Naya Renee
1 E Windermere Terrace
Lansdowne, PA 19050