**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Darby, Naya Renee

      Debtor(s) : 18-15700

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 3rd day of February 2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Exelon Corporation Payroll to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

        BY THE COURT

        *Magdeline D. Coleman*
        _____
        MAGDELINE D. COLEMAN
        CHIEF U.S. BANKRUPTCY JUDGE

Exelon Corporation Payroll
PO Box 4647
Chicago, IL 60680


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Darby, Naya Renee

1 E Windermere Terrace
Lansdowne, PA 19050


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106