United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-15700-mdc
Naya Renee Darby                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore           Page 1 of 1            Date Rcvd: Feb 03, 2020
                             Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.
db             +Naya Renee Darby,    1 E Windermere Terrace,    Lansdowne, PA 19050-2104
               +Exelon Corporation Payroll,    P O Box 4647,    Chicago, IL 60680-4647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 04 2020 03:56:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2020 03:55:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2020 03:55:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 04 2020 03:53:28
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              JOHN L. MCCLAIN    on behalf of Debtor Naya Renee Darby aaamcclain@aol.com,    edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Darby, Naya Renee

    Debtor(s) : 18-15700
:

## ORDER TERMINATING WAGE ORDER

    **AND NOW,** this 3rd day of February 2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Exelon Corporation Payroll to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Exelon Corporation Payroll
PO Box 4647
Chicago, IL 60680


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Darby, Naya Renee

1 E Windermere Terrace
Lansdowne, PA 19050


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106