**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Darby, Naya Renee | : | |
| Debtor | : | 18-15700 MDC |

## REVISED ORDER

**AND NOW**, upon consideration of the Debtor's Motion for Reconsider/Reimposition of Stay as to Property of the Estate, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is hereby reinstated as to **FREEDOM MORTGAGE CORPORATION**, and hereby prohibits any proceeding in mortgage foreclosure, including but not limited to Sheriff's Sale of the "Mortgage Premises" known as **1 EAST WINDERMERE TERRACE, LANSDOWNE, PA 19050**, and to take no further action, by suit or otherwise, in its own name or the name of its assignee or servicer, to secure possession of said premises without permission of this Court by way of further Court Order.

3. This Court's prior Order granting relief from stay to is null and void.

4. As of February 1, 2020, the amount to reinstate the mortgage default is $16,005.54; Debtor delivered a payment of $4,500.00 in the form of a cashier's check to Counsel for Respondent at the court hearing on February 18, 2020, which will reduce the post-petition arrears amount to a balance of $11,505.54.

5. Debtor shall remain current post petition from this day forward. Beginning March 1, 2020, all subsequent monthly payments and late charges shall be due in accordance with the terms of the mortgage. In addition to making on time regular monthly mortgage payments of $2,215.56, the debtor shall make an additional monthly payment of $1,278.39 for a period of 8 months, for a total monthly payment of $3,493.95, through and including October 1, 2020.

6. For the month of November 1, 2020, the debtor shall make their monthly mortgage payment of $2,215.56, plus an additional payment of $1,278.42, for a total payment of $3,493.98, fully curing the outstanding post-petition arrearage as of February 18, 2020.

      7.    Should the Debtor fail to pay any regular and additional monthly mortgage payments in Paragraphs 5 and 6 of this Order commencing March 1, 2020, is more than 15 days late, Respondent may send Debtor and Counsel a written Notice of Default of this Order.  If the Default is not cured within 10 days of the Notice, Counsel shall file a Certificate of Default of this Order with the Court and absent exigent circumstances, the Court shall enter an Order granting relief from the Automatic Stay.

Dated:_____                          _____
                                                    Magdeline D. Coleman,
                                                    Chief Bankruptcy Judge

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**FREEDOM MORTGAGE CORPORATION**
Jerome Blank, Esq.,
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Email: jerome.blank@phelanhallinan.com

Darby, Naya Renee
1 E Windermere Terrace
Lansdowne, PA 19050