**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Darby, Naya Renee

Debtor : 18-15700

**ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this __3rd__ day of ____March____ 2022, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation, IT IS HEREBY

ORDERED that the Application is granted and, further, the unpaid balance of $3,000.00 of the legal fees and incurred expenses shall be paid through debtor's Chapter 13 Plan/by debtor through the office of the Chapter 13 trustee as an administrative priority expense.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge