Certificate Number: 03088-PAE-DE-037533439

Bankruptcy Case Number: 18-15700



03088-PAE-DE-037533439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2023, at 4:23 o'clock PM CDT, Naya R Darby completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 22, 2023

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor