**Fill in this information to identify the case:**

Debtor 1: NAYA RENEE DARBY

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of PA
(State)

Case Number: 18-15700 MDC

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION    **Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 4080

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | 08/29/2019 (Notice of Payment Change)<br>08/30/2019 (Motion for Relief) | $50.00<br>(3) $850.00 |
| 4. Filing fees and court costs | 08/30/2019 (MFR Filing) | (4) $181.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |
| 11. Other. Specify:_____ | | (11) $ |
| 12. Other. Specify:_____ | | (12) $ |
| 13. Other. Specify:_____ | | (13) $ |
| 14. Other. Specify:_____ | | (14) $ |

Debtor 1 NAYA RENEE DARDY        Case Number (if known) 18-15700-MDC

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Mario J. Hanyon, Esquire                          Date    September 30, 2019
    Signature

Print:    Mario J. Hanyon, Esq., Id. No.203993            Title
          First Name    Middle Name    Last Name

Company   Phelan Hallinan Diamond & Jones, LLP

Address   1617 JFK Boulevard, Suite 1400

          Philadelphia, PA 19103

Contact Phone   215-563-7000                              Email    mario.hanyon@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
NAYA RENEE DARBY                                    :    BK. No. 18-15700 MDC
        Debtor                              :
                                            :    Chapter No. 13
FREEDOM MORTGAGE CORPORATION                        :
        Movant                              :    Document No.
    v.                                          :
NAYA RENEE DARBY                                    :
        Respondent                          :
                                            :

## ORDER

**AND NOW**, this ____ day of _____, 2019, upon consideration of the NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES filed by FREEDOM MORTGAGE CORPORATION (movant) at Document No. _____ in the above-captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty-one (21) days from the date the Notice of Post-Petition Fees, Expenses and Charges* was docketed, the Debtor(s) or Debtor's counsel shall file, either:

    an *AMENDED CHAPTER 13 PLAN*;

    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, following which time the Court will schedule a hearing on the matter.

*The failure to timely file an Objection shall result in the allowance of the post-petition fees, expenses and charges without further order, notice or hearing*.

                                                **MAGDELINE D. COLEMAN**,
                                                **Bankruptcy Judge**

<div style="text-align:center">

**Phelan Hallinan Diamond And Jones, LLP**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
(215) 563-7000
23-2301814
2200149

</div>

| | |
|---|---|
| Invoice Date: 08/30/2019 | Invoice Number: 1927312 |
| | Current Status: **REQUIRES SERVICER REVIEW** |
| | Sequence Number: |
| Submitted To: Freedom Mortgage | I.E. Batch ID: |
| 907 Pleasant Valley Avenue | Order Number: N/A |
| Mount Laurel, NJ 08054 | |
| | |
| Loan Number: | Date Created: 08/30/2019 |
| Loan Type: FHA | Date Submitted: 08/30/2019 |
| Investor: GNMA | Date Posted: |
| Investor Number: | Date Paid: |
| Bankruptcy Case Number: 1815700 | Created By: asalomone |
| Vendor's File Number: | Paid from Account (Check No.): |
| Borrower's Name: NAYA RENEE DARBY | |
| Property Address: 1 E WINDERMERE TER | |
| LANSDOWNE, PA 19050 | |

**BANKRUPTCY - CHAPTER 13**
Please send our office a check in the amount indicated below. The Bankruptcy Fees and Costs listed below may be recoverable from the borrower if a Notice of Fees, Expenses and Charges is filed in the Bankruptcy Case pursuant to Federal Rules of Bankruptcy
Status Reason Description: Invoice submitted with 1 Exception(s).

| | Item Code | Item Description | Related Dates | R | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 21178 | Attorney Fee - BK - Payment Change Notification | Completed: 08/29/2019 | N | 1.00 | Flat | $50.00 | $0.00 | **$50.00** |
| | *NOTES: NOTICE OF PAYMENT CHANGE (Unrecoverable)* | | | | | | | | |

Total Bankruptcy - Chapter 13 Fees: $50.00
**Grand Total: $50.00**

Printed: 9/4/2019    Page 1 of 1

H 08/30/2019 UP1 * MFR13 PREPARATION OF MOTION ... F U $850.00 Edit

**Description:** PREPARATION OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY ( ), TELEPHONE CONVERSATIONS WITH CLIENT, NEGOTIATIONS WITH COUNSEL, ATTEND HEARING. (ORDER BY DEFAULT)

**Fee/Disb:** F - Fee **Account:** ESCR7
**Recover Type:** U - Unrecoverable **Bankruptcy #:** 18-15700
**Fee/Cost Request:** N - APPROVAL NOT NEEDED
**PHDJ Check #:** NOT REQUESTED
**Supporting Docs:**
- 08/30/2019 08:32 PM SYS PP - ELECTRONIC RECEIPT OF MOTION FOR RELIEF
- 09/03/2019 02:53 AM UP1 PW - BK MOTION FOR RELIEF (TIME-STAMPED)

Add Sync Common Docs

H 08/30/2019 UP1 * BKMOT MOTION FILING COST USBK D U $181.00 Edit

**Description:** MOTION FILING COST
**Payee:** U.S. BANKRUPTCY COURT
**Fee/Disb:** D - Disbursement **Reason Code:** FIBR
**Recover Type:** U - Unrecoverable **Account:** ESCR7
**Fee/Cost Request:** N - APPROVAL NOT NEEDED **Bankruptcy #:** 18-15700
**PHDJ Check #:** NOT REQUESTED
**Payment Method:** VISA-8566 exp:03/2021 **Transaction Date:** 09/03/2019 **Transaction Amount:** $181.00 **Transaction Reference:** 21745112
**Supporting Docs:**
- 08/30/2019 08:32 PM UP1 CB - BKMOT2016 PA BACKUP
- 08/30/2019 08:32 PM SYS PP - ELECTRONIC RECEIPT OF MOTION FOR RELIEF
- 09/03/2019 02:53 AM UP1 PW - BK MOTION FOR RELIEF (TIME-STAMPED)
- 09/04/2019 04:37 AM UP1 PP - RECEIPT FOR BK (PACER) PAYMENT

Add Sync Common Docs

